NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PERCEPT TECHNOLOGIES INC.,**
*Appellant*

**v.**

**COKE MORGAN STEWART, Acting Under Secretary of Commerce for Intellectual Property and Acting Director of the United States Patent and Trademark Office,**
*Intervenor*

---

2024-2371

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00495.

---

**ON MOTION**

---

Before REYNA, HUGHES, and STOLL, *Circuit Judges.*

STOLL, *Circuit Judge.*

## O R D E R

The Acting Director of the United States Patent and Trademark Office moves unopposed to waive Federal

Circuit Rule 27(f) and remand this appeal to the USPTO. In particular, the Acting Director states that the underlying decision "provides no reasoning as to how the prior art meets [a disputed] claim limitation under any of the petitioner's asserted grounds" and asks for remand "for the agency to issue a revised decision," "which may moot the need for an appeal or, in the alternative, will likely streamline the issues on appeal." ECF No. 19 at 2, 4.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The case is remanded to the USPTO for further proceedings consistent with the motion and this order. This court takes no position on whether the decision should be revised.

(2) Each party shall bear its own costs as to this appeal.

FOR THE COURT

September 12, 2025
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: September 12, 2025